# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ungaro, Ursula | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>6/15/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge (Retired) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2021<br>**to**<br>05/31/2021 |

**7. Chambers or Office Address**

Boies Schiller Flexner, LLP
100 SE 2D Street
28th Floor
Miami, FL 33131

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ungaro, Ursula | 6/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ungaro, Ursula** | 6/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ungaro, Ursula | 6/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Miami Federal Credit Union Cash Account (H) | C | Interest | J | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | Lincoln Annuity (H) | | | | | | | | | |
| 4. | Lincoln Annuity | | None | N | T | | | | | |
| 5. | AMERICAN FUNDS GROWTH FUND - CLASS 4 | | None | K | T | | | | | |
| 6. | AMERICAN FUNDS GROWTH-INCOME FUND - CL | | None | K | T | | | | | |
| 7. | AMERICAN FUNDS INTERNATIONAL FUND - CL | | None | K | T | | | | | |
| 8. | DELAWARE VIP SMALL CAP VALUE - SVC CLA | | None | K | T | | | | | |
| 9. | DELAWARE VIP VALUE SERIES - SVC CLASS | | None | K | T | | | | | |
| 10. | FIDELITY VIP II CONTRAFUND - SERVICE C | | None | K | T | | | | | |
| 11. | FIDELITY VIP STRATEGIC INCOME PORTFOLI | | None | K | T | | | | | |
| 12. | FRANKLIN MUTUAL SHARES VIP FUND - CLAS | | None | K | T | | | | | |
| 13. | LVIP DIMENSIONAL/VANGUARD TOTAL BOND S | | None | J | T | | | | | |
| 14. | LVIP SSGA SMALL/MID CAP 200 - SV CL | | None | J | T | | | | | |
| 15. | LVIP T R PRICE GROWTH STOCK - SV CL | | None | K | T | | | | | |
| 16. | Lvip Western Asset Core Bond Fund Serv | | None | J | T | | | | | |
| 17. | TEMPLETON GLOBAL BOND VIP FUND - CLASS | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ungaro, Ursula** | 6/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Meg Green Account- Fidelity (H) | | | | | | | | | |
| 20. Fidelity Master Account | A | Dividend | J | T | | | | | |
| 21. | | | | | Distributed (part) | 03/23/21 | K | A | |
| 22. Hawaii St | A | Interest | K | T | | | | | |
| 23. Regional Transn Dist Colo Sale | A | Interest | J | T | | | | | |
| 24. Connecticut St Revolving Fd | A | Interest | J | T | Sold (part) | 03/21/21 | J | A | |
| 25. Phoenix Ariz Civic Impt Corp | A | Interest | K | T | | | | | |
| 26. Central Fla Expwy Auth Sr Lien | A | Interest | J | T | | | | | |
| 27. Mesa Cnty Colo Vy Sch Dist No | | None | K | T | | | | | |
| 28. New York State Dormitory Autho | A | Interest | J | T | | | | | |
| 29. Virginia College Building Auth | A | Interest | K | T | | | | | |
| 30. Lincoln Neb Elec Sys Rev | A | Interest | K | T | | | | | |
| 31. King Cnty Wash Swr Rev | A | Interest | J | T | | | | | |
| 32. Riley Cnty Kans Uni Sch Dist N | A | Interest | J | T | Buy | 01/29/21 | J | | |
| 33. Franklin Cnty Wash Sch Dist | | None | | | Sold | 03/31/21 | K | B | |
| 34. Hurst Euless Bedford Tex Indpt | | None | | | Sold | 02/10/21 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ungaro, Ursula | 6/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Larimer Weld & Boulder Cntys C | | None | | | Sold | 02/10/21 | K | C | |
| 36.   Maricopa Cnty Ariz Sch Dist No | A | Interest | | | Sold | 03/31/21 | K | B | |
| 37.   Reedy Creek Impt Dist Fla | | None | | | Sold | 02/10/21 | K | B | |
| 38.   Snohomish Cnty Wash Pub Util D | | None | | | Sold | 01/06/21 | K | A | |
| 39.   SPDR® Blmbg Barclays Intl Trs Bd ETF | | None | | | Sold | 01/28/21 | L | | |
| 40.   West Lafayette Ind Sch Bldg | A | Interest | | | Sold | 03/31/21 | J | A | |
| 41.   WCM Focused International Growth Instl | | None | L | T | Sold<br>(part) | 01/28/21 | J | A | |
| 42. | | | | | Buy<br>(add'l) | 04/01/21 | K | | |
| 43.   Nuveen Strategic Municipal Opps I | A | Dividend | L | T | Sold<br>(part) | 01/28/21 | J | A | |
| 44. | | | | | Sold<br>(part) | 04/01/21 | L | C | |
| 45.   WCM Focused Emerging Markets Instl | | None | L | T | Sold<br>(part) | 01/28/21 | J | A | |
| 46. | | | | | Buy<br>(add'l) | 04/01/21 | K | | |
| 47.   DoubleLine Income I | A | Dividend | K | T | Buy<br>(add'l) | 04/01/21 | J | | |
| 48.   Vanguard Tax-Exempt Bond ETF | A | Dividend | L | T | Buy | 02/11/21 | L | | |
| 49. | | | | | Sold<br>(part) | 03/09/21 | K | | |
| 50. | | | | | Sold<br>(part) | 03/29/21 | K | | |
| 51. | | | | | Buy<br>(add'l) | 04/30/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/12/21 | K | | |
| 53. | | | | | Buy (add'l) | 05/20/21 | K | | |
| 54. AMG GW&K Small/Mid Cap I | | None | L | T | Sold (part) | 01/28/21 | J | A | |
| 55. | | | | | Buy (add'l) | 04/01/21 | K | | |
| 56. Polen Growth Institutional | | None | K | T | Buy | 04/01/21 | K | | |
| 57. Templeton Global Total Return Adv | A | Dividend | | | Buy (add'l) | 01/28/21 | L | | |
| 58. | | | | | Sold (part) | 03/09/21 | K | | |
| 59. | | | | | Sold | 04/01/21 | K | | |
| 60. Templeton Global Bond Adv | A | Dividend | K | T | Buy | 04/01/21 | K | | |
| 61. Eaton Vance Emerging Markets Local Inc | B | Dividend | K | T | Buy | 03/09/21 | K | | |
| 62. | | | | | Buy (add'l) | 04/01/21 | J | | |
| 63. JPMorgan Equity Income | A | Dividend | K | T | Buy | 04/01/21 | K | | |
| 64. DFA US Large Company I | A | Dividend | M | T | Sold (part) | 04/01/21 | K | D | |
| 65. ARK Innovation ETF | | None | | | Buy | 03/09/21 | K | | |
| 66. | | | | | Buy (add'l) | 03/29/21 | J | | |
| 67. | | | | | Sold | 04/01/21 | L | A | |
| 68. ARK Next Generation Internet | | None | | | Buy | 04/01/21 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ungaro, Ursula** | 6/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/14/21 | J | | |
| 70. | | | | | Sold | 05/12/21 | L | | |
| 71.  Hartford Schroders Tax-Aware Bond | A | Dividend | | | Buy | 03/29/21 | K | | |
| 72. | | | | | Buy (add'l) | 04/01/21 | J | | |
| 73. | | | | | Sold (part) | 04/14/21 | J | | |
| 74. | | | | | Sold (part) | 04/30/21 | J | | |
| 75. | | | | | Sold | 05/20/21 | J | A | |
| 76. | | | | | | | | | |
| 77.  HSBC Premier Savings Account (H) | | | | | Closed | 03/28/21 | J | | |
| 78. | | | | | | | | | |
| 79.  Suntrust Checking/Savings (H) | E | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Explanations: Although not required, I am reporting the following: I own a 1.1% limited partnership interest in Mt. Blue Ltd. Parmers which owns a 2.73% interest in another entity, the Shopping Center Partnership. I did not report this interest until 2010 because, during my entire tenure, it has never had a value of $1,000 or more. In other words, there has not been a secondary market for my interest at any time during my service as a District Judge. However, it carries the potential for a tax liability (the amount of which and timing I cannot predict). Although I am not obligated to report this interest as an asset I am continuing to report it in an abudance of caution because I am concerned that some tax liability could arise in connection with this interest. It should be noted, however that I have no information from the general partner and no information regarding the partnership from any other source that suggests any current tax liability exposure. I am relying simply on my knowledge of current economic conditions, my undestanding of the tax liabilities that can be associated with limited partnership interests gernerally and my knowledge of the history of these entities.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ursula Ungaro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544